UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and John Cooney, Jr., as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

                                     Plaintiffs,

- against –

JAXX PUFF CONSTRUCTION, INC., and TIMOTHY PUFF, Individually,

                                     Defendants.

**ORDER**

Civil Action No.
7:23-cv-03264
(KMK)

---

Plaintiffs Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement, and Legal Services Funds ("Funds") together with the Westchester Teamsters Local Union No. 456 ("Union") with offices located 160 South Central Avenue, Elmsford, New York 10523 having duly moved this Court for entry of confessed judgment, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, in favor of Plaintiffs and against Defendants Jaxx Puff Construction, Inc. and Timothy Puff, individually, with offices located at 144 North Neppherhan Avenue, Elmsford, New York 10523; and

      **THE MOTION** has regularly come on to be heard; and

      **UPON THE READING AND FILING** of the Affidavit of Brenda Ritch, dated the 11th day of February 2025, the Memorandum of Law, and the other exhibits attached thereto in support of the Motion for confessed judgment; and

      **WHEREAS**, Defendants having not opposed the Motion; and

      **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**; and

1

**IT IS FURTHER ORDERED** that the Clerk of the District Court shall enter judgment in favor of Plaintiffs and against Defendants Jaxx Puff Construction, Inc. and Timothy Puff, individually, individually in the amount of $473,352.09 together with post-judgment interest for both Defendants at the rate provided for by 28 U.S.C. §1961(a); and

**IT IS FURTHER ORDERED** that Plaintiffs shall have execution on the judgment in accordance with the Federal Rules of Civil Procedure.

Dated: March 27, 2025
White Plains, New York

SO ORDERED:

_____
KENNETH M. KARAS
**UNITED STATES DISTRICT JUDGE**

4912-9813-7625 v.1