**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TEAMSTERS LOCAL 456 PENSION, HEALTH &
WELFARE, ANNUITY, EDUCATION &
TRAINING, INDUSTRY ADVANCEMENT,
AND LEGAL SERVICES FUNDS by Louis A.
Picani, Joseph Sansone, Dominick Cassanelli, Jr.,
Saul Singer, Ross Pepe, and John Cooney, Jr.,
as Trustees and fiduciaries of the Funds, and
WESTCHESTER TEAMSTERS LOCAL UNION
NO. 456,

      Plaintiffs,

                       23 **CIVIL** 3264 (KMK)

  -against-                **DEFAULT JUDGMENT**

JAXX PUFF CONSTRUCTION, INC., and
TIMOTHY PUFF, Individually,
      Defendants.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated March 27, 2025, judgment is entered in favor of Plaintiffs and against Defendants Jaxx Puff Construction, Inc. and Timothy Puff, individually, individually in the amount of $473,352.09 together with post-judgment interest for both Defendants at the rate provided for by 28 U.S.C. §1961(a); and IT IS FURTHER ORDERED that Plaintiffs shall have execution on the judgment in accordance with the Federal Rules of Civil Procedure.

**DATED**: New York, New York

  March 27, 2025

                       **TAMMI M. HELLWIG**
                       _____
                        **Clerk of Court**

                **BY:** _____
                        **Deputy Clerk**