

Bernard T. King
Charles E. Blitman *
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld ◊ ◻
Daniel R. Brice *
Brian J. LaClair
Bryan T. Arnault *
Nolan J. Lafler
Paul K. Brown
Matthew T. Tokarsky ◊ ◻ ▵
Sara J. Van Dyke
Rebecca R. Josefiak

F. Wesley Turner
Madeline R. Thibault

Of Counsel
Jules L. Smith
Donald D. Oliver
Jennifer A. Clark
Richard S. Corenthal

◊ Also admitted in DC
* Also admitted in MA
◻ Also admitted in MD
▵ Also admitted in NJ
‾ Also admitted in PA

Nathan H. Blitman
(1909-1990)

Attorneys and Counselors at Law

Syracuse • Rochester • New York • Albany

1441 Broadway, Suite 3010
New York, New York 10018
Tel: (212) 643-2672
Fax: (929) 219-3707

July 9, 2025
dekornfeld@bklawyers.com

The Honorable Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**VIA ELECTRONIC FILING & REGULAR MAIL**

Re:   *Teamsters Local 456 Pension Fund, et al. v. Jaxx Puff Construction, Inc., et al.,*
      *Civil Action No.: 7:23-cv-03264 (KMK)*

Dear Judge Karas:

This firm represents Plaintiffs in the above referenced case. This letter concerns Plaintiffs / Judgment Creditors' motion to compel the production of documents filed on June 6, 2025 [Docket No. 52-55].

By way of background, this Court entered judgment against Jaxx Puff Construction, Inc. and Timothy Puff, individually, on March 27, 2025 [Docket No. 50]. That judgment remains unsatisfied to date. To enforce the judgment, on May 1, 2025, I sent the Request for Production of Documents to Defendants and their counsel [Docket No. 53]. When Plaintiffs did not receive a response, I filed the motion with this Court. As Plaintiffs have not received a response to the motion, we respectfully request that the Court treat it as unopposed. Plaintiffs and I further request that the Court grant the motion, and enclosed is a proposed order for this purpose.

Thank you for your consideration of these requests.

Respectfully submitted,

BLITMAN & KING LLP

Daniel Kornfeld

The Motion to Compel, which is unopposed, is granted.

So Ordered.
7/10/25

4921-0055-9430

<a>
<s>oc</s>
</a>



July 9, 2025
Page 2

DEK/plm
Enclosure

cc:	Brenda Ritch, Fund Administrator (w/ encl.)
	Teamster Local 456 Funds
	160 South Central Avenue
	Elmsford, New York 10523

	Cliff Greene, Esq. (w/ encl.)
	CLIFFORD H. GREENE & ASSOCIATES
	700 Post Road, Suite 259
	Scarsdale, New York 10583

4921-0055-9430 v.1