UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ) 
ANNUITY, EDUCATION & TRAINING, INDUSTRY )
ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. )   **NOTICE OF MOTION**
Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross )
Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, )
and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, )
)
                                    Plaintiffs, )
  - against – )  Civil Action No.
)  7:23-cv-03264
JAXX PUFF CONSTRUCTION, INC., and TIMOTHY PUFF, )  (KMK)
Individually, )
)
                                    Defendants )

---

**PLEASE TAKE NOTICE** that the undersigned will make a motion to this District Court to hold Defendants in contempt of court pursuant to Rule 69(a) of the Federal Rules of Civil Procedure. Plaintiffs shall make this motion before the Honorable Kenneth M. Karas in Courtroom 521 of the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date and time to be set by the Court. If the Court grants the motion, Plaintiffs will seek to compel the production of documents to enforce the judgment as well as entering such additional relief that the Court decides is just and appropriate.

DATED: September 18, 2025                      **BLITMAN & KING LLP**

Defendants shall file a response to
Plaintiffs' Motion by November 14, 2025.
So ordered.

By: _____
     Daniel Kornfeld, Of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
e-mail: dekornfeld@bklawyers.com

11/3/2025

4930-7725-1943 v.1